IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD RIBEIRO,<br><br>     Plaintiff,<br><br>  v.<br><br>RICKENBACKER GROUP, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; and EQUIFAX INFORMATION SERVICES LLC,<br><br>     Defendants. | No. C 10-04648 CW<br><br>ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST DEFENDANT EQUIFAX INFORMATION SERVICES LLC AND CLOSING CASE |

On December 16, 2010, the Court afforded Defendant Equifax Information Services LLC three days to file an opposition to Plaintiff Leonard Ribeiro's motion to dismiss his claims against it. The Court stated that, in the alternative, Equifax could file a statement of non-opposition or decline to respond, in which case Plaintiff's claims against it would be dismissed without prejudice.

Equifax did not respond to the Court's Order. Accordingly, the Court dismisses Plaintiff's claims against Equifax without prejudice.

The Clerk shall close the file.

IT IS SO ORDERED.

Dated: 12/21/2010

                                             CLAUDIA WILKEN
                                             United States District Judge